# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM WELCH,**

        **Plaintiff,**

-vs-                                         Case No. 6:11-cv-1346-Orl-22GJK

**MOONLITE HOSPITALITY SERVICES, LLC, and DAVID WESTHOVEN,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement, and for Dismissal of the Action With Prejudice (Doc. No. 22) filed on November 23, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, including the Joint Notice of Non Objection (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 28, 2011 (Doc. No. 23) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 22) is GRANTED to the extent that the Court finds the settlement is fair and reasonable. Further, the amount of attorneys fees appears reasonable on its face considering the docket activity and successful result for Plaintiff.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 29, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge